THE PEOPLE OF THE STATE OF NEW YORK ex rel. DRY DOCK SAVINGS INSTITUTION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [1860 Broadway, Borough of Manhattan.] Order, so far as appealed from, unanimously modified by fixing values for the years in question as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1942–43 | $292,000 | $218,000 | $510,000 |
| 1943–44 | 234,000 | 211,000 | 445,000 |
| 1944–45 | 313,000 | 208,000 | 521,000 |

and as so modified affirmed, with $20 costs and disbursements to relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 23 WEST STREET CORPORATION, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [21–23 West St., Borough of Manhattan.] — Order unanimously modified by increasing the assessed valuation of the land for the years 1942–43, 1943–44 and 1944–45 to $385,000, and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

CHARLES F. MARCHICA et al., Doing Business under the Name of F. & L. LIGHTING Co., Respondents. v. HAROLD WALDSTEIN, Individually and Doing Business under the Name of ECONOMY LIGHTING Co., Appellant.— Order and judgment unanimously reversed, without costs, and the motion for summary judgment denied, without prejudice to a renewal of the motion after the service of a reply. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

JOSEPH A. SABELLA, Respondent, v. STEFANO CRISAFULLI, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

NOAH FLEDER, Appellant, v. MAX M. ITKIN, Doing Business under the Name of MADE-RITE CURTAIN Co., Respondent.— Order unanimously modified by granting the motion to preclude unless plaintiff serves a bill of particulars within ten days after service of the order with notice of entry thereof, with the right to serve an amended bill within ten days after the termination of the examination before trial, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

KARL VON MAROTH, Respondent, v. BIRGER M. HEEDE, Appellant, et al., Defendants.— Order, so far as appealed from, granting motion with respect to bill of particulars unanimously modified by striking out the provision delaying service of bill until after completion of examination before trial. We deem that the particulars demanded may be furnished without the aid of the limited examination permissible in this class of action. If plaintiff is without knowledge as to any of the information he is required to furnish, he may so state under oath in lieu of furnishing same. As so modified, the order is affirmed, with $10 costs and disbursements to appellant to abide the event. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.